# United States District Court
## Violation Notice

CVB Location Code: MD61

**Violation Number:** 7680939
**Officer Name (Print):** Eickhorn, M
**Officer No:** E0442

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 04/11/2018 2235
**Offense Charged:** ☐ CFR ☐ USC ☒ State Code
MTA 13-401 (b)

**Place of Offense:** MD RT 32 E AND MD RT 108

**Offense Description; Factual Basis for Charge:** Operating unregistered motor vehicle
HAZMAT ☐

### DEFENDANT INFORMATION

**Last Name:** Shade
**First Name:** John
**M.I.:**

[address redacted]

**Tag No:** [illegible]  **State:** CO  **Year:** [illegible]  **Make/Model:** Volkswagen  **PASS** ☐  **Color:** BK

☐ A  IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
☒ B  IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 290.00 Forfeiture Amount
+ $30 Processing Fee
**PAY THIS AMOUNT →** $ 320.00 Total Collateral Due

### YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____
Date (mm/dd/yyyy): _____
Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signature]

(Rev. 09/2015)  Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE

(For issuance of an arrest warrant or summons)

I state that on 11 June, 2018 while exercising my duties as a law enforcement officer in the MPD District of MD61

Ran the listed tag and it returned NCIC. Revealed the registration to be expired as of 04/2017.

The foregoing statement is based upon:
☐ my personal observation
☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/11/2018  [Officer's Signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident